United States District Court
Southern District of Texas
**ENTERED**
June 27, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| TRIYAR COMPANIES, LLC, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:12-CV-294 |
| | § | |
| LEXINGTON INSURANCE COMPANY, | § | |
| *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On June 23, 2016, the Plaintiffs and Defendant Lexington Insurance Company filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 94) pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against Lexington Insurance Company in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 27th day of June, 2016.

_____
George C. Hanks Jr.
United States District Judge